TURSI HOMES, INC. v. EDWIN KOHLBRENNER.

September 16, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE R. DE IULIO.

September 16, 1974.  Petition for certification denied.

MICHAEL VITANZA v. HERBERT BLOOM.

September 16, 1974.  Petition for certification denied.

STATE OF NEW JERSEY v. ROY SHELTON BRODIE.

September 16, 1974.  Petition for certification denied.

ETTORE P. VIGNONE v.
HOUSING AUTHORITY OF THE CITY OF JERSEY CITY.

September 16, 1974.  Petition for certification denied.

STATE IN THE INTEREST OF: A. D. S.

September 16, 1974.  Petition for certification denied.